IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARON GEORGE & RACHEL E. GEORGE, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-cv-2035 |
| | : | |
| STANLEY BLACK & DECKER, INC.; MTD PRODUCTS, INC., | : | |
| Defendants. | : | |

**ORDER**

AND NOW on this 26th day of January 2026, upon consideration of Defendants' Motion in Limine to Exclude Michael Zazula (Doc. 37), Plaintiffs' Response (Doc. 46), Defendants' Reply in Support (Doc. 48), and Defendants' Motion for Summary Judgment and Brief in Support (Docs. 28, 29, 33), Plaintiffs' Response in Opposition to the Motion for Summary Judgment (Docs. 34, 35) and Defendants' Reply in Support (Doc. 36), it is hereby **ORDERED** that:

1. Defendants' Motion in Limine to Exclude Michael Zazula (Doc. 37) is hereby **GRANTED**;

2. Defendants' Motion for Summary Judgment (Doc. 28, 29, 33) is also **GRANTED**;

3. **JUDGMENT** is entered in favor of the Defendants on all claims; and

4. The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. Magistrate Judge